425 A.2d 745

**COMMONWEALTH of Pennsylvania**

v.

**Suzanne RUMFORD, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1981.

Decided Feb. 27, 1981.

Michael S. Barranco, Susan J. Gilhooly, Janet W. Mason, Asst. Public Defenders, for appellant.

Lee Ruslander, Dolores M. Troiani, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

226

## OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Chester County is affirmed.